JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATISHA CLAYTON, ) | CASE NO. CV12-7210 GAF (PLAx) |
| Plaintiff(s), ) | ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF STAY PENDING APPROVAL OF SETTLEMENT BY COUNTY OF LOS ANGELES |
| v. ) | |
| DANIEL FARRELL, et al., ) | |
| Defendant(s) ) | |

The Court having vacated all pending dates pending the submission of a stipulation and proposed order dismissing this action subject to the approval of the County of Los Angeles Claims Board and the County of Los Angeles Board of Supervisors,

IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court.

IT IS FURTHER ORDERED that counsel for plaintiff file a semi-annual status report commencing on January 12, 2015.

/ / /

/ / /

1     This Court retains jurisdiction over this action and this Order shall not
2 prejudice any party to this action.
3     IT IS SO ORDERED.

4 DATED: July 25, 2014

5     _____
    GARY ALLEN FEESS
    United States District Judge

6 **JS-6**

2